# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN FREIGHT, LLC, ET AL., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil No. 3:23-mc-00002 |
| ) | Judge Trauger |
| KARL FINLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 1, 2023, the Magistrate Judge issued a Report and Recommendation (Doc No. 20), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. Respondent/defendant Karl Finley's Motion to Quash Writ of Execution (Doc. No. 6) is GRANTED;

2. The Writ of Execution directed to U.S. Bank National Association (Doc. No. 3) is QUASHED AND DISSOLVED; and

3. The funds being held by the Clerk of Court on behalf of U.S. Bank National Association in the amount of $68,937.90 are hereby RETURNED and will be DEPOSITED into the account ending in X2113 at U.S. Bank National Association where the funds were previously deposited and additionally, in an effort to avoid any further confusion, delay, or possible misplacement of the returned funds, a copy of any final order directing the return and re-deposit of the funds shall be provided with the returned funds to U.S. Bank.

This matter is hereby concluded and the Clerk shall close this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge